# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:10cv240-RJC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | DEFAULT JUDGMENT OF |
| v. ) | FORFEITURE |
| ) | |
| APPROXIMATELY $17,500 ) | |
| IN UNITED STATES FUNDS, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the government's motion under Fed. R. Civ. P. 55(b)(2) for a default judgment of forfeiture against the defendant property.

**THE COURT FINDS THAT**:

1. A verified complaint for forfeiture <u>in rem</u> of the defendant property was filed on May 26, 2010. The Clerk issued a warrant for arrest <u>in rem</u> on June 1, 2010.

2. Process was fully issued in this action and returned according to law. Pursuant to the warrant for arrest <u>in rem</u>, the government duly seized the defendant property. Service of process was made by internet publication of notice, as shown by the declaration filed herein on July 7, 2010.

3. No person has filed a verified claim or an answer within the time allowed by law, and the Clerk has accordingly entered default.

4. Based on the affidavit of Task Force Officer Jennifer L. LaFortune, filed with the complaint, the government has shown probable cause to believe that the defendant property is proceeds of and/or was used or intended to be used to facilitate structuring of currency deposits in

violation of 31 U.S.C. § 5324(a) and that it is therefore subject to forfeiture under 31 U.S.C. § 5317(c)(2).

Based on the foregoing findings, the Court concludes that the government is entitled to a judgment of forfeiture by default against the defendant property.

**IT IS, THEREFORE, ORDERED** that:

1. The government's motion for default judgment of forfeiture is hereby granted.

2. Any and all right, title and interest of all persons in the world in or to the following property is hereby forfeited to the United States; and no other right, title, or interest shall exist therein: approximately $17,500 in United States funds.

3. The United States is hereby directed to dispose of the forfeited defendant property as provided by law.

**SO ORDERED.**

Signed: October 19, 2010

Robert J. Conrad, Jr.
Chief United States District Judge